```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASECAP ANALYTICS INC.,

                Plaintiff,

-against-

ROBERT AMENN,

                Defendant.

1:23-cv-09370-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from Defendant dated October 31, 2023. [ECF No. 13]. Defendant requests an extension of time to respond to Plaintiff's motion for emergency injunctive relief [ECF No. 5] and an adjournment of the hearing on the same scheduled for November 7, 2023 at 3:00 PM. [*See* ECF No. 9]. Plaintiff opposes Defendant's request. [ECF No. 14].

The Court has a duty to act expeditiously on a motion for emergency relief. Defendant's request for an extension of time to respond and an adjournment of the hearing date is DENIED. Defendant shall submit any response to Plaintiff's motion by November 3, 2023, and shall be prepared to address the motion at the November 7, 2023 hearing, unless the parties are able to reach an agreement on interim injunctive relief. However, the Court will permit Defendant to appear virtually at the November 7, 2023 hearing. The Court will provide remote access details by further Order no later than twenty-four hours in advance of the hearing.

**SO ORDERED.**

**Date: November 1, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**