```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASECAP ANALYTICS INC.,

                Plaintiff,

-against-

ROBERT AMENN,

                Defendant.

1:23-cv-09370-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that all parties and witnesses must appear **live** at the hearing on Plaintiff's Motion for Emergency Injunctive Relief scheduled for November 21, 2023 at 11:00 AM. [*See* ECF No. 22]. The hearing will take place in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date: November 9, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**