UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2023

BASECAP ANALYTICS INC.,

                Plaintiff,

-against-

ROBERT AMENN,

                Defendant.

1:23-cv-09370-MKV

**PRELIMINARY INJUNCTION**

MARY KAY VYSKOCIL, United States District Judge:

    Upon consideration of Plaintiff BaseCap Analytics Inc.'s ("BaseCap") application for a preliminary injunction, the complaint, BaseCap's memoranda of law filed in support thereof and the accompanying declarations and exhibits, Defendant Robert Amenn's ("Amenn") memoranda of law filed in opposition thereto and the accompanying exhibits, and evidence and testimony presented at the preliminary injunction hearing held on November 21, 2023; and,

    The Court having found, by Memorandum Opinion and Order dated November 22, 2023, that (a) BaseCap likely will succeed on the merits of its breach of contract claim in this litigation and has demonstrated sufficiently serious questions going to the merits of its trade secret claims to present fair grounds for litigation; (b) that BaseCap will suffer irreparable harm if the requested relief is not granted; (c) that the balance of hardships tips in BaseCap's favor; and (d) that it is in the public interest to issue a preliminary injunction,

    IT IS HEREBY ORDERED THAT, during the pendency of this action:

1. Amenn is restrained and enjoined from directly or indirectly accessing, disclosing, copying, reproducing, or otherwise conveying, disseminating or using BaseCap's trade secrets and proprietary or confidential information, or any Confidential Information (as that term is defined in the August 2019 Non-Disclosure and Invention

AEF 11/21/2023<br>DRAFT

Assignment Agreement between BaseCap and Amenn), including, but not limited to, any information accessed, downloaded or copied by Amenn (collectively "BaseCap's Trade Secret Information");

2. Amenn is restrained and enjoined from destroying, damaging or altering in any way, and is directed to immediately return to BaseCap, any and all BaseCap property and BaseCap's Trade Secret Information in whatever form, and is directed to turn over to BaseCap all copies of non-electronic data of BaseCap in Amenn's possession, custody and control;

3. The parties are directed to meet and confer regarding the identification and retention of an independent, third-party forensic analyst who will conduct an analysis of Amenn's laptop that has been identified as allegedly containing BaseCap's Trade Secret Information.  The parties shall agree upon an appropriate protocol, including search terms and any confidentiality stipulations, for such analysis.  Amenn's devices may remain in his possession for the duration of the forensic analysis, but Amenn must provide complete and unrestricted access to the forensic analyst and cannot interfere during the analysis.  The analysis may be conducted at Amenn's home or at a neutral location of his choosing.  BaseCap's counsel may attend the analysis but also cannot interfere with or direct the analysis.  The analysis shall be conducted pursuant to the agreed-upon protocol, which shall be provided to the forensic analyst in advance of the analysis.  The forensic analysis is not to exceed five hours in duration.  BaseCap will bear the cost of the forensic analysis.  The parties are directed file a joint status report by December 8, 2023 informing the Court of the status of their agreement regarding the forensic analysis, including the anticipated date of that analysis.  The

*AEF 11/21/2023*
*DRAFT*

forensic analyst's findings shall be filed with the Court promptly upon the completion of the analysis;

4. This preliminary injunction shall continue until a final judgment or order is issued in this action, unless otherwise modified in writing by the Court.

**SO ORDERED.**

Date: **November 22, 2023**
**New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**