UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BASECAP ANALYTICS INC.

                Plaintiff,

      - against -

ROBERT K. AMENN

                Defendants.
------------------------------------------------------------X

23-CV-9370 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The matter of the forensic protocol has been referred to me for resolution. (Dkt. 53.) The Court will schedule a conference (to take place via Microsoft Teams) to discuss the relevant issues. The Court has reviewed the correspondence the parties have sent to the Court addressing the dispute. To the extent the parties cannot agree upon any disputed issues by the time of the conference, the Court will decide them after hearing the parties. In the meantime, the Court has determined the following issues based on a full review of the record: (1) The forensic search will be conducted by Archer Hall; and (2) the protocol shall incorporate the 5 items to which Defendant "was open" as set forth on page 2 of his January 5, 2024 letter (Dkt. 52).

                                  SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: January 12, 2024
       New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2024

1

2

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se litigant:

Robert K. Amenn
319 13th Street
Gold Bar, WA 98251