```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BASECAP ANALYTICS INC.

                 Plaintiff,

      - against -

ROBERT K. AMENN

                Defendants.
-----------------------------------------------------------X

23-CV-9370 (MKV) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves the parties' requests at Dkt. 59, 61, 62, 63, 64, and 65.

      1.     Defendant's request at Dkt. 59 that Dr. Easttom and Mr. Whitney attend the January 25, 2024 conference is moot, as Plaintiff has arranged to have both individuals attend the conference.

      2.     Defendant's request at Dkt. 61 to extend the time of the conference scheduled January 25, 2024 is denied. The Court does not plan to take any testimony and is of the view that the time allocated is more than enough to resolve the issues. The parties will need to address their issues efficiently and succinctly; the Court will not entertain extended argument that it finds cumulative, irrelevant, or otherwise unnecessary to resolving the issues.

      3.     Defendant's request at Dkt. 64 (and 65) to file a written reply to Plaintiff's letter at Dkt. 62, which responded to Defendant's letters, is denied. Defendant will have the opportunity to raise arguments in response at the January 25, 2024 conference.

      4.     Plaintiff's request at Dkt. 62 (and 63) that Defendant's advisor-lawyer enter an appearance and attend the conference is denied. However, if Defendant wishes to

1

have his advisor-lawyer attend, he may do so, in which case the Court will require the attorney to put in an appearance.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkt. 59 and 61-65.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 24, 2024
　　　　New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se litigant:

Robert K. Amenn
319 13th Street
Gold Bar, WA 98251