```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BASECAP ANALYTICS INC.                           :
                                                 :      23-CV-9370 (MKV) (RWL)
                        Plaintiff,               :
                                                 :
        - against -                              :      ORDER
                                                 :
ROBERT K. AMENN                                  :
                                                 :
                        Defendants.              :
                                                 :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the discovery conference held via Teams on January 25, 2024, and modified herein: (1) Plaintiff shall revise the forensic protocol consistent with the Court's rulings during the conference, and shall strive to provide the draft to Defendant by the end of Thursday January 25, 2024 (but in any event no later than 12:00 noon Friday, January 26, 2024); (2) by the end of Monday January 29, 2024, Defendant shall provide Plaintiff with a redlined version of the protocol to the extent Defendant believes in good faith that the Plaintiff's draft does not accurately reflect the Court's rulings; (3) the parties shall meet and confer about any disagreements; and (4) by Thursday, February 1, 2024, the parties shall jointly file with the Court the draft protocol with any remaining disputed items reflected in the draft.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 25, 2024
      New York, New York

1

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se litigant:

Robert K. Amenn
319 13th Street
Gold Bar, WA 98251