```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BASECAP ANALYTICS INC.                          :
                                                :        23-CV-9370 (MKV) (RWL)
                          Plaintiff,            :
                                                :
         - against -                            :        **ORDER**
                                                :
ROBERT K. AMENN                                 :
                                                :
                          Defendants.           :
                                                :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As set forth at the conference held on February 26, 2024 via Teams, and for the

reasons stated on the record, Defendant's motion for reconsideration at Dkt. 81/82 is

denied; Defendant's motion for a stay of the forensic examination is denied; and the

forensic examination shall proceed starting Wednesday, February 28, 2024.


                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE


Dated: February 26, 2024
       New York, New York


The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro
se litigant:

Robert K. Amenn
319 13th Street
Gold Bar, WA 98251

1