```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BASECAP ANALYTICS INC.

                Plaintiff,                           23-CV-9370 (MKV) (RWL)

        - against -                                  ORDER

ROBERT K. AMENN

                Defendants.
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has considered Defendant's objections to certain provisions of the proposed Protective Order and finds them to be without merit. The Court will enter the protective order as proposed.

The Court also has considered the parties' correspondence at Dkt. 103-108. Having given due consideration to the matter, ArcherHall shall send all "extracted data" and any other information generated by ArcherHall in connection with inspection to TCDI for hosting on Relativity.

Plaintiff's request for attorney's fees is denied.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkt. 103-108.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: March 22, 2024
      New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se litigant:

Robert K. Amenn
319 13th Street
Gold Bar, WA 98251